UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                                                             NO. 3:11CR-44-R

SIDDEEQ ABDUL-JALIL                                             DEFENDANT
a.k.a. Lorenzo Tunstull

## O R D E R

This case came before the Court on August 23, 2011, for an initial appearance and arraignment. There appeared Randy Ream, Assistant United States Attorney. The defendant, Siddeeq Abdul-Jalil, appeared in custody. The Court questioned the defendant regarding his ability to afford counsel and found the defendant to be indigent. By direct appointment, the Court appointed Patrick Renn from the Criminal Justice Act attorney to represent the defendant. The proceedings were digitally recorded. The defendant was advised of his rights, acknowledged his identity and was furnished a copy of the Second Superseding Indictment. The defendant, through counsel, waived formality of arraignment and entered a plea of **not guilty**.

**IT IS ORDERED**:

1). This matter is set for **a Telephonic Further Proceedings** on **September 22, 2011, at 10:00 a.m.** before the Honorable Thomas B. Russell, United States District Judge.

2). The parties shall proceed to give reciprocal discovery pursuant to the provision of Faddier Crimp 16 and 18 U.S.C. Section 3500, Jenks Act, subject to the limitations and conditions set forth therein, and including, not by way of limitations, the following:

### THE UNITED STATES

**Within seven (7) days,** after the entry hereof, the United States shall confer, and upon request, permit the defendant to inspect and copy or photograph:

(1). Any relevant written or recorded statements or confessions made by the defendant, or copies thereof, within the possession custody or control of the United States, the existence of which is known, or by the exercise of due diligence, may become known, to th attorney for the government;

(2). The substance of any oral statement which the United States intends to offer in evidence at the trial made by the defendant whether before or after arrest in response to interrogation by any person then known to the defendant to be a government agent;

(3). Recorded testimony of the defendant before the Federal Grand Jury which relates to the offense charges;

(4). Books, papers, documents, photographs, tangible objects, buildings or places or copies of portions thereof which are with the possession, custody or control of the United States and which the United States intends to introduce as evidence in chief at the trial of this case;

(5). Results of reports of physical or mental examinations, and of scientific tests or experiments or copies thereof which are within the possession, custody, or control of the United States; the existence of which is known or by the exercise of due diligence may become known to the United States Attorney, and which the United State intends to introduce as evidence in chief at the trial of this case;

(6). Copies of prior criminal record of the defendant, if any, that is within the possession, custody, or control of the United States, the existence of which is known, or by the exercise of due diligence may become known, to the United States; and

(7). Any tape recording made by the Government agents of any conversation with the defendant.

## **THE DEFENDANT**

The defendant shall likewise provide to the United States Attorney **within (seven) 7 days** after entry hereof the following information for the purposes of inspection, examination and photocopying;

(1). All books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant, and which the defendant intends to introduce as evidence in chief at the trial in this case: and

(2). Any results or reports of mental examination and of scientific tests or experiments made in connection with the particular case, or copies thereof, within th possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial, or which were prepared by a witness whom the defendant intends to call at trial when the results or reports related to this testimony.

Compliance with this order shall be accomplished on or before **September 6, 2011.**

**IT IS FURTHER ORDERED that the defendant be remanded to the custody of the United States Marshal pending further orders of the Court.**

Date: August 24, 2011        ENTERED BY ORDER OF THE COURT
                             DAVE WHALIN
                             UNITED STATES MAGISTRATE JUDGE
                             VANESSA L. ARMSTRONG, CLERK
                             By: /s/ Ashley Powell
                                 Deputy Clerk

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant

0 | 05